# Alexandria Real Estate Equities, Inc. Recognizes Important Milestones in Its Pioneering of New York City's Commercial Life Science Cluster, the Only Early-Stage Life Science Ecosystem Among the Major Life Science Clusters in the United States

NEWS PROVIDED BY
**Alexandria Real Estate Equities, Inc.** ➞
Sep 12, 2022, 16:05 ET

*Innovating at the vanguard and heart of New York City's life science ecosystem, Alexandria has been catalyzing and growing the cluster through the development and operation of the city's first and only commercial life science campus at the Alexandria Center® for Life Science – New York City and leveraging of the company's leading venture investment platform and unparalleled ecosystem-building expertise*

NEW YORK, Sept. 12, 2022 /PRNewswire/ -- Alexandria Real Estate Equities, Inc. (NYSE: **ARE**), the first, longest-tenured and pioneering owner, operator and developer uniquely focused on collaborative life science, agtech and technology campuses in AAA innovation cluster locations, is proud to recognize and celebrate multiple significant milestones from its position of leadership in New York City's commercial life science cluster. These milestones include (1) 20 years since Alexandria Venture

Investments made its first NYC venture investment in Intra-Cellular Therapies' Series A financing in 2002; (2) 17 years since Alexandria was awarded the New York City Economic Development Corporation's (NYCEDC) request for proposal (RFP) in 2005 to develop and operate what the company has transformed into the Alexandria Center® for Life Science – New York City, the city's first and only commercial life science campus; (3) 12 years since the Alexandria Center officially opened to welcome its first tenants in 2010; and (4) five years since it unveiled the inaugural site of Alexandria LaunchLabs®, the company's world-class life science startup platform, at the Alexandria Center in 2017, which was followed by Columbia University's election in 2019 to establish a second NYC-based Alexandria LaunchLabs site on the university's medical school campus.

"During our time in City Hall, we made expanding the commercial biosciences an important element of our strategy to diversify the city's economy. Alexandria saw the same big opportunity to invest in New York's future — and successfully grew an industry that continues to foster innovation and create good-paying jobs here," said Michael R. Bloomberg, founder of Bloomberg L.P. and Bloomberg Philanthropies, 108th mayor of New York City and chairman of the 9/11 Memorial & Museum. "Alexandria has also been a steadfast supporter of non-profits serving New York's families and communities, and all of us with the 9/11 Memorial & Museum are grateful for its partnership."

Several months before the horrific events of September 11, 2001, Alexandria's executive chairman and founder Joel S. Marcus was invited by Sanford "Sandy" Weill, then head of Citigroup, to join a bioscience task force that examined the essential ingredients needed to bring commercial life science to New York City. While serving as member of this important initiative, Mr. Marcus also led Alexandria's bid in a highly competitive NYCEDC RFP process, and in 2005, Alexandria was selected to develop the first commercial life science campus in the heart of Manhattan's East Side Medical Corridor. Prior to the opening of the Alexandria Center in 2010, only a handful of life science companies were dispersed throughout Manhattan. Alexandria's proven cluster model, informed by Harvard Business Professor Michael E. Porter's cluster theory, identifies the four critical components for a thriving life science cluster — location, innovation, talent and capital — to catalyze and nurture a collaborative ecosystem in its regions, including New York City. By bringing a world-class location and its high density of leading academic medical research centers and clinical expertise together with scientific innovation, strategic risk capital and specialized talent, the latter two of which Alexandria has been instrumental in bolstering, the company has been vital to leading the city's transformation into the predominantly early-stage life science cluster it is today.

"Our collaboration with then-New York City Mayor Michael Bloomberg and his administration was critical in advancing the vision for our NYC life science cluster, and we thank them for entrusting us with the creation and operation of a one-of-a-kind commercial life science campus that today is home to over 50 cutting-edge entities, most of which are among the most promising high-growth startups and early-stage venture backed companies in the city," said Mr. Marcus. "With over 10,000 diseases known to humankind and less than 10% addressable with current therapies, our NYC tenants play a key role in translating scientific discoveries into groundbreaking therapies and cures that can improve, extend and save patients' lives. Today, we are encouraged by the new leadership at NYCEDC and its recognition of the importance of advancing the Alexandria Center's third tower as market conditions allow."

Over the past two decades, Alexandria has invested approximately $1 billion to develop and grow a vibrant commercial life science cluster in NYC, which did not meaningfully exist in the city prior to the opening of the Alexandria Center. Through Eli Lilly's acquisition of ImClone Systems, which remains an important tenant at the Alexandria Center, the pharmaceutical pioneer became the campus's anchor tenant in 2010. Along with Pfizer, it remains one of two multinational pharmaceutical companies with cutting-edge R&D in NYC. The evolution of the NYC cluster has been fundamentally different from other notable established life science cluster markets like Greater Boston and the San Francisco Bay Area. As this commercial life science cluster continues to develop, its momentum remains disproportionately driven by homegrown startups and early-stage academic spinouts. Key elements that are still required to enhance the success of the NYC life science cluster include experienced management, serial entrepreneurs and other specialized industry talent, as well as dedicated early-stage venture creation efforts and direct cash and/or investment incentives for startups to launch and grow in NYC. The region's ability to attract and retain the top talent and visionary academic leadership necessary to grow the life science cluster is further challenged by NYC and NY State's high tax rates, significant cost of living, and heightened public safety and security concerns.

"Through our highly disciplined and strategic efforts in New York City, we have methodically created a new commercial life science cluster from the ground up. We are now 12 years into a traditionally 25-year cluster-creation life cycle, and we project that at 25 years this cluster will still look very different from all other major, established life science clusters," said John H. Cunningham, executive vice president and regional market director of New York City for Alexandria Real Estate Equities, Inc. "Demand has increased since we opened the Alexandria Center, with the majority of the cluster's life science leasing coming from local, homegrown companies and negligible interest from large pharma

or well-established companies outside of NYC. Since 2021, just over 350,000 RSF of commercial life science leases have been signed across the cluster's 2.5 million RSF of operating commercial laboratory/office space. This leasing activity, nearly 90% of which has been to seed-, early- and growth-stage, venture-backed companies, is significantly lower in volume and earlier in stage compared to more mature, established clusters like Greater Boston, the San Francisco Bay Area, San Diego, Research Triangle, Seattle and Maryland."

To meet the unique needs of this nascent life science ecosystem, Alexandria has contributed to accelerating local early-stage companies well beyond providing them with the necessary curated laboratory/office infrastructure. Alexandria Venture Investments, the company's strategic venture platform, has invested in many of the city's most cutting-edge seed- and early-stage life science companies, distinguishing itself as NYC's #1 leading provider of early-stage life science venture capital. Included among its investments are the city's highest-growth companies, such as Kallyope, Lexeo Therapeutics and Stablix, as well as those with the most notable liquidity events, such as Intra-Cellular Therapies, Petra Pharma and Prevail Therapeutics. Intra-Cellular stands as a tremendous example of a prolific homegrown NYC life science company, having successfully translated Nobel Prize-winning research from The Rockefeller University into profound treatments for patients around the world. Alexandria Venture Investments participated in Intra-Cellular's Series A financing in 2002, after which Mr. Marcus joined the company's board of directors in 2006. The company, which relocated to the Alexandria Center in 2014, received FDA approval for the treatment of bipolar depression and schizophrenia in adults. In close partnership with NYC academic medical institutions and Alexandria's extensive venture network, Alexandria Venture Investments, through its robust due diligence capabilities, has been instrumental in identifying and investing in novel scientific discoveries, platforms and modalities, as well as in attracting life science entrepreneurs and other industry talent to join many of these companies. Further leveraging its Alexandria Seed Capital Platform, an innovative funding model that brings together leaders from the life science community to bolster seed- and early-stage life science investment in NYC and across the country, Alexandria has taken a multifaceted, hands-on approach to nurturing and driving the ecosystem forward.

"We focus on identifying the most intriguing and potentially meaningful translational science coming out of NYC's world-renowned academic medical institutions and across the local ecosystem that will address large unmet medical needs such as cancer, neurodegenerative and psychiatric disorders, cardio-metabolic conditions, as well as heritable and other genetically defined diseases," said Jenna Foger, senior vice president of science and technology at Alexandria Real Estate Equities,

Inc./Alexandria Venture Investments. "When we made our first venture investment in NYC back in 2002, there was a complete absence of local life science venture capital and a scarcity of seasoned management talent, which presented a significant bottleneck to the vitality of any future cluster. Owing significantly to Alexandria's visionary contribution of mission-critical real estate, strategic risk capital and a world-class network of industry leaders, venture partners and entrepreneurs, it's astounding to see how NYC's unique, early-stage ecosystem has taken shape over these past two decades."

As part of Alexandria's holistic view of ecosystem development and its commitment to making a tangible positive impact on the communities where it operates, the company partners with leading local and national non-profit organizations. In NYC, Alexandria has actively supported the 9/11 Memorial & Museum since it opened in 2014 through generous contributions that fund essential programming to educate future generations on the impact and legacy of 9/11. The company has also been a longstanding supporter of Robin Hood, the city's largest poverty-fighting organization focused on providing food, housing, education, legal services and workforce development. For both these New York institutions, Mr. Marcus has served as a board member — on the Memorial & Museum's board of trustees since 2018 and on Robin Hood's board of directors from 2016 to 2021. Additionally, as a founding donor to Computer Science for All (CS4ALL) since its launch in 2015, Alexandria has been integral to expanding opportunities for students to learn computer science so that all of New York City's over 1 million public school students, 71.9% of whom are considered low income, have access to high-quality computer science coursework throughout their K–12 education.

Alexandria recognized and embraced the long-term commitment necessary to develop the NYC life science cluster, and the company's leading efforts to coalesce and convene local academic, entrepreneurial, venture and other life science stakeholders remain instrumental to its ongoing success. Alexandria's unwavering dedication to nurture and grow this unique early-stage ecosystem has been a critical cornerstone to the vitality and increasing national visibility of this important life science ecosystem.

**About Alexandria Real Estate Equities, Inc.**

Alexandria Real Estate Equities, Inc. (NYSE: **ARE**), an S&P 500® REIT, is the first, longest-tenured and pioneering owner, operator and developer uniquely focused on collaborative life science, agtech and technology campuses in AAA innovation cluster locations, with a total market capitalization of $33.7 billion and an asset base in North America of 74.1 million square feet as of June 30, 2022. The asset

base in North America includes 41.1 million RSF of operating properties and 5.9 million RSF of Class A properties undergoing construction, 9.9 million RSF of near-term and intermediate-term development and redevelopment projects and 17.2 million SF of future development projects. Founded in 1994, Alexandria pioneered this niche and has since established a significant market presence in key locations, including Greater Boston, the San Francisco Bay Area, New York City, San Diego, Seattle, Maryland, and Research Triangle. Alexandria has a longstanding and proven track record of developing Class A properties clustered in urban life science, agtech and technology campuses that provide our innovative tenants with highly dynamic and collaborative environments that enhance their ability to successfully recruit and retain world-class talent and inspire productivity, efficiency, creativity and success. Alexandria also provides strategic capital to transformative life science, agtech, and technology companies through our venture capital platform. We believe our unique business model and diligent underwriting ensure a high-quality and diverse tenant base that results in higher occupancy levels, longer lease terms, higher rental income, higher returns and greater long-term asset value. For additional information on Alexandria, please visit **www.are.com**.

**Forward-Looking Statements**

This press release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Such forward-looking statements include, without limitation, statements regarding the potential impacts of therapies and medications developed by tenants working within Alexandria's NYC life science cluster on patient outcomes; the potential for Alexandria's investment in seed- and early-stage NYC-based life science companies to catalyze development within the region or to help coalesce various stakeholders; and the expected benefits of Alexandria's partnership with leading NYC non-profit organizations on local communities. These forward-looking statements are based on Alexandria's present intent, beliefs or expectations, but forward-looking statements are not guaranteed to occur and may not occur. Actual results may differ materially from those contained in or implied by Alexandria's forward-looking statements as a result of a variety of factors, including, without limitation, the risks and uncertainties detailed in its filings with the Securities and Exchange Commission. All forward-looking statements are made as of the date of this press release, and Alexandria assumes no obligation to update this information. For more discussion relating to risks and uncertainties that could cause actual results to differ materially from those anticipated in Alexandria's forward-looking

statements, and risks and uncertainties to Alexandria's business in general, please refer to Alexandria's filings with the Securities and Exchange Commission, including its most recent annual report on Form 10-K and any subsequently filed quarterly reports on Form 10-Q.

CONTACT: Sara Kabakoff, Vice President – Communications, (626) 788-5578, **skabakoff@are.com**

SOURCE Alexandria Real Estate Equities, Inc.