UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| ARE-EAST RIVER SCIENCE PARK, LLC,<br><br>          Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION and NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,<br>          Defendants. | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 24-cv-05956 (NRB) |

------------------------------------------------------------------------ x

  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff ARE-East River Science Park, LLC, and defendants New York City Health and Hospitals Corporation and New York City Economic Development Corporation ("Defendants"), as represented by their undersigned counsel, that the time for Defendants to respond to the Complaint is hereby extended from August 28, 2024 up to and including October 4, 2024. The undersigned further agree that a facsimile or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
   August 22, 2024

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br>*Attorneys for Plaintiff*<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Email: poconnor@kasowitz.com<br><br>By: */s/Paul M. O'Connor*<br>  Paul M. O'Connor, Esq. | MURIEL GOODE-TRUFANT<br>Acting Corporation Counsel of the City of New York<br>*Attorneys for Defendants*<br>100 Church Street, Room 3-102<br>New York, New York 10007<br>(212) 356-2521<br>Email: lspitaln@law.nyc.gov<br><br>By: */s/Leslie Spitalnick*<br>  Leslie Spitalnick<br>  Assistant Corporation Counsel |

Dated: August 23, 2024
  New York, New York

SO ORDERED

_____
J. NAOMI REICE BUCHWALD
United States District Judge