```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
```

ARE-EAST RIVER SCIENCE PARK, LLC,

                    Plaintiff,

        - against -

NEW YORK CITY HEALTH AND HOSPITALS                    **ORDER**
CORPORATION and NEW YORK CITY
ECONOMIC DEVELOPMENT CORPORATION,                24 Civ. 5956 (NRB)

                    Defendants.

```
-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS** on August 6, 2024, plaintiff ARE-East River Science Park, LLC ("ARE-East River" or "plaintiff") commenced this action by filing a Complaint, ECF No. 1; and

      **WHEREAS** on December 13, 2024, defendants New York City Health and Hospitals Corporation and New York City Economic Development Corporation (together, "defendants") filed a motion to dismiss the Complaint, ECF Nos. 29-31; and

      **WHEREAS** on January 24, 2025, plaintiff drafted and attempted to file a First Amended Complaint, ECF No. 33; and

      **WHEREAS** on January 27, 2025, plaintiff filed a copy of an email exchange in which the parties agreed to a briefing schedule that would permit the filing of a First Amended Complaint, ECF No. 34; and

**WHEREAS** on February 13, 2025 the parties entered into a stipulation agreeing to a briefing schedule pursuant to which defendants would file a Motion to dismiss the First Amended Complaint, ECF No. 36; it is hereby

**ORDERED** that the Clerk of Court shall accept plaintiff's First Amended Complaint, ECF No. 33, for filing; and it is hereby

**ORDERED** that defendants' motion to dismiss the prior complaint, ECF Nos. 29-31, is struck from the docket.


Dated:    New York, New York
          February 14, 2025

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE